# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:07CR41

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ROY JUNIOR BRENDLE, II ) | |

**THIS MATTER** is before the Court on the *ex parte* motion of Defendant's counsel to withdraw.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the motion of Defendant's counsel, Raquel K. Wilson, to withdraw is **ALLOWED**, and Ms. Wilson is hereby relieved of further responsibility for the representation of the Defendant herein.

The Federal Defender is directed to appoint new counsel for the Defendant forthwith.

2

Signed: April 17, 2008

*[signature]*

Lacy H. Thornburg
United States District Judge