# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

ROY JUNIOR BRENDLE, II

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: DNCW207CR000041-001
USM Number: 22172-058

Anthony Alan Coxie
Defendant's Attorney

**THE DEFENDANT:**

X    Admitted guilt to violation of condition(s) _1_ of the term of supervision.

__    Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | NEW LAW VIOLATION - MISDEMEANOR LARCENY | 7/7/2012 |

    The Defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

X    The Defendant has not violated condition(s) _2 and 3_  and is discharged as such to such violation(s) condition.

    **IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 12/6/2012

Signed: December 13, 2012

Martin Reidinger
United States District Judge

Defendant: ROY JUNIOR BRENDLE, II                                                      Judgment-Page <u>2</u> of <u>3</u>
Case Number: DNCW207CR000041-001

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>eleven (11) months</u>.

<u>X</u>      The Court makes the following recommendations to the Bureau of Prisons:

      - Participate in any available substance abuse treatment program and if eligible receive benefit of 18 U.S.C.
        § 3621(e)(2).
      - Participate in any mental health treatment programs that may be available.
      - Participate in any educational and vocational opportunities.
      - Support all dependents from prison earnings.
      - Designated to a facility capable of addressing defendant's heart and seizure conditions.
      - Participate in the Federal Inmate Financial Responsibility Program.

<u>X</u>      The Defendant is remanded to the custody of the United States Marshal.

<u>  </u>      The Defendant shall surrender to the United States Marshal for this District:

          <u>  </u>     As notified by the United States Marshal.

          <u>  </u>     At___a.m. / p.m. on ___.

<u>  </u>      The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

          <u>  </u>     As notified by the United States Marshal.

          <u>  </u>     Before 2 p.m. on ___.

          <u>  </u>     As notified by the Probation Office.

## RETURN

      I have executed this Judgment as follows:

_____

_____

_____

_____

      Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.


_____
        United States Marshal


          By: _____
            Deputy Marshal

Defendant: ROY JUNIOR BRENDLE, II                                    Judgment-Page 3 of 3
Case Number: DNCW207CR000041-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments.

| ASSESSMENT | FINE | RESTITUTION |
|------------|------|-------------|
| $0.00 | $0.00 | $0.00 |

__X__   In all other respects, the terms of the original judgment [ Doc.20 ] in this matter remain in full force and effect, including the order for court-appointed counsel fees as set forth therein, with a remaining balance of $1,115.70, and a $100 special assessment.

___   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

### FINE

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

___   The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

___   The interest requirement is waived.

___   The interest requirement is modified as follows:

### COURT APPOINTED COUNSEL FEES

___   The defendant shall pay court appointed counsel fees.

___   The defendant shall pay $_____ towards court appointed fees.